# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STERIGENICS U.S., LLC, ) ) ) Plaintiff, ) v. ) ) JOHN KIM, not individually, but solely in ) his capacity as Acting Director of the Illinois ) Environmental Protection Agency, and the ) ILLINOIS ENVIRONMENTAL ) PROTECTION AGENCY, ) ) Defendants. ) ) | Case No. 19-cv-01219<br><br>Hon. Andrea R. Wood |

## NOTICE OF MOTION FOR STATUS CONFERENCE

To:    All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, February 26, 2019, at 9:00 am, or as soon as counsel may be heard, Plaintiff Sterigenics U.S., LLC shall appear before the Honorable Andrea R. Wood or any judge sitting in her stead in courtroom 1925, Everett McKinley Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff's Motion for a Status Conference to Set Hearing Date on Motion for Preliminary Injunction.

Date: February 21, 2019   Respectfully submitted,

By:   /s/ *Gerard D. Kelly*
     Gerard D. Kelly

     Maja C. Eaton
     meaton@sidley.com
     Gerard D. Kelly
     gkelly@sidley.com
     Elizabeth M. Chiarello
     echiarello@sidley.com
     Stephanie C. Stern
     sstern@sidley.com
     Kate Lambert
     klambert@sidley.com
     SIDLEY AUSTIN LLP
     Firm ID No. 42418
     One South Dearborn Street
     Chicago, Illinois 60603
     Telephone: (312) 853-7000
     Facsimile: (312) 853-7036

     ***Attorneys for Sterigenics U.S., LLC***

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 21, 2019, I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

                                              By:   */s/ Stephanie C. Stern*
                                                          One of the attorneys for Plaintiff